Form for Chapter 7 Joint Case

## EXHIBIT A TO FORM 2016

Total Funds Paid to CLG:    $1,350.00

The above includes the following

| | |
|---|---|
| $306.00 | BK Court Filing Fee |
| $50.00 | Credit Report |
| $80.00 | Credit Counseling & Debtor Education Fee |
| $21.00 | Homestead Deed Filing (Court Cost) |
| $893.00 | Attorneys' Fees |

S:\BARF\AFE.7.JNT.doc

Last updated: May 27, 2011